Name _John A. Miller, II_

_2851 S. La Cadena Dr. Lot #76_

_Colton CA 92324_

Prison Number _____

FILED ___ ENTERED ___
RECEIVED ON ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

APR 27 2005

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

_John A. Miller II_               )
           Plaintiff,    )
                    )
                    )
vs.                               )
                    )
_R. James Nicholson_              )
_Secretary of Veterans_           )
_Affairs_                         )
                    )
_____,          )
_____,          )
           Defendant(s).  )

CV-S-05-0367-PMP-PAL

### CIVIL RIGHTS COMPLAINT
### PURSUANT TO
### 42 U.S.C. § 1983

## A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, _John A. Miller II_,
                                    (Print Plaintiff's name)

who presently resides at _2851 S. La Cadena Dr. Lot #76_, were
                          _Colton CA 92324_

violated by the actions of the below named individuals which were directed against

Plaintiff at _VA Southern Nevada Healthcare System_ on the following dates
           _Las Vegas, NV_
           (institution/city where violation occurred)

_Oct 17th 2002_, _____, and _____.
   (Count I)           (Count II)          (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant R. James Nicholson _Secretary of Veterans Affairs_ resides at 1700 Vegas Drive. Las Vegas NV 89106
        (full name of first defendant)         (address if first defendant)

and is employed as _Secretary of Veterans Affairs_ . This defendant is sued in his/her
        (defendant's position and title, if any)

___ individual __X__ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _Title VII Discrimination due to sex (male)_
_by management (Ms. Hilda Pool) and forced to resign on Oct 17th 2002,_

3) Defendant _Hilda Pool_ resides at 1700 Vegas Dr. Las Vegas NV, 89106
        (full name of first defendant)         (address if first defendant)

and is employed as _Nurse Manager_ . This defendant is sued in his/her
        (defendant's position and title, if any)

__X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _Title VII Discrimination due to sex (male)_
_Forced to resign on Oct. 17th 2002_

4) Defendant _____ resides at _____ ,
        (full name of first defendant)         (address if first defendant)

and is employed as _____ . This defendant is sued in his/her
        (defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _____

5) Defendant _____ resides at _____ ,
        (full name of first defendant)         (address if first defendant)

and is employed as _____ . This defendant is sued in his/her
        (defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _____

6) Defendant _____ resides at _____,
      (full name of first defendant)              (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
                   (defendant's position and title, if any)
___ individual ___ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish
to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)      Briefly state the background of your case.

Whether on the basis of sex (male), was subjected
to discrimination and harassment by management (Ms. Hilda
Pool) and ultimately forced to resign on Oct 17th, 2002.

- - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

# COUNT I

The following civil rights has been violated: ___Discrimination due to sex___

___under Title VII___

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Prior to Ms. Pool's advancement to Nurse Manager, she floated up to PCT2 as a Staff Nurse. On numerous occasions, she refused to perform the daily count of testosterone. On one occasion, during one of these disputes by Ms. Pool, she stated to a fellow female nurse, RN Nurse Hess PCT4, "Us nurses need to stick together." Then, looking at Nurse Hess and then looking towards me with a mean and dirty look, she stated, "Some people should not work in nursing." I was the only male nurse working in any of the four primary care units. Ms. Pool was referring to me as a male nurse. Hilda Pool would interrogate, criticize, and intimidate me in front of the staff, as well as the patients, upon her appointment as supervisor over myself. As part of Ms. Pool's plan to harass, intimidate, and coerce me into resignation, Hilda Pool placed me on an education plan. The Education plan was not reasonable and necessary, nor procedurally consistent with the terms of the contract. No prior oral warnings were documented, no prior written warnings were documented and the plan itself was without contractual foundation. Ms. Pool's conduct was directed at me because of me being a male. The earlier sexual harassment comments by Ms. Pool, followed by her inappropriate education plan, insulting of me in front of patients/staff, and misconstruing facts so as to attack me were intolerable conditions forcing resignation.

## COUNT II

The following civil rights has been violated: _____

_____

_____

_____

Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5

# COUNT III

The following civil rights has been violated: _____

_____

_____

_____

Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action? _____ Yes __X__ No.  If your answer is "Yes", describe each
lawsuit. (If more than one, describe the others on an additional page following the below

outline).

a)     Defendants: _____

b)     Name of court and docket number: _____

c)     Disposition (for example, was the case dismissed , appealed or is it still pending?):

_____

d)     Issues raised: _____

_____

_____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

2)     Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** \_\_\_ Yes \_✗\_ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: _____.

b)     Name of court and case number: _____.

c)     The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d)     Issues raised: _____

_____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: _____.

b)     Name of court and case number: _____.

c)     The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)     Issues raised: _____

_____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: _____.

b)     Name of court and case number: _____.

c)     The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)     Issues raised: _____

_____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

3)     Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ___ state or federal law or regulation; (4) ____ parole board decision; or (5) ___ other _____ 200P - 0593-

If your answer is "Yes", provide the following information. Grievance Number _Agency No: 2003i0025o_

Date and institution where grievance was filed _Oct. 17th 2002  EEOC No._ 340 -2003- 03548X

Response to grievance: _Order of Judgment in favor of the agency and against the complainant_ _____

_____

8

- - - - - - - - - - - - - - - - - -

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Lost income from 10/18/02 to 2/20/03 based on salary of $40,946.00 paid every 2 weeks of $1,576.80 and uniform allowance every 2 weeks of $8.27, student educational loan payment due from VA in the amount of $19,113.31 Legal fees in this matter of $10,000.00

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

_____
(Signature of Plaintiff)

_____
3/17/05
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)