STEVEN MYHRE
Acting United States Attorney
LON R. LEAVITT
Special Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States of America.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN A. MILLER, II,<br><br>            Plaintiff,<br>v.<br><br>R. JAMES NICHOLSON, Secretary of Veterans Affairs; HILDA POOL, Nurse Manager,<br><br>            Defendants. | Case No. CV-S-05-0367-PMP-PAL |

### STIPULATION TO VOLUNTARILY DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between Steven Myhre, Acting United States Attorney for the District of Nevada, and Lon R. Leavitt, Special Assistant United States Attorney, counsel for Defendant; and Richard Segerblom, Esq. counsel for Plaintiff, that the captioned case be voluntarily dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

1     The parties shall be responsible for their own costs.
2     DATED this _____ day of March, 2007.

                                                  Respectfully submitted,

                                                 Steven Myhre
                                                 Acting United States Attorney

*/s/ Richard Segerblom*
Richard Segerblom, Esq.                 */s/ Lon R. Leavitt*
704 S. Ninth Street                     Lon R. Leavitt, SAUSA
Las Vegas, NV 89101                333 Las Vegas Blvd. South
                                                 Suite 5000
                                                 Las Vegas, NV 89101

                                    IT IS SO ORDERED.

                                    */s/ Philip M. Pro*
                                    UNITED STATES DISTRICT JUDGE

                                    DATED: March 7, 2007